UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JANE DOE § § | |
| v. § § § | Civil No. 1:25-cv-01126-ADA |
| GARY MCCREIGHT D/B/A THE SMOKING CATERPILLAR AND FRESH FARMS E-LIQUID, LLC, § | |

**O R D E R**

The above captioned cause, having been removed to this Court on July 18, 2025 from the 353rd District Court for Travis County, Texas, D-1-GN-25-004221 and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 23rd day of July 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE