# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JANE DOE, § | |
|    *Plaintiff,* § | |
| § | |
| v. § | 1: 25-CV-01126-ADA |
| § | |
| FRESH FARMS E-LIQUID, LLC, § | |
| GARY MCCREIGHT, § | |
|    *Defendants.* § | |
| § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Dustin M. Howell. Dkt. 21. The report and recommendation examined Plaintiffs' claims and recommended the undersigned **GRANT** Plaintiff Doe's Second Motion to Remand (Dkt. 13) and **DENY AS MOOT** Doe's original Motion to Remand (Dkt. 8). Judge Howell issued the report and recommendation on November 13, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Howell's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 21) is **ADOPTED**. Plaintiff's Second Motion to Remand (Dkt. 13) is **GRANTED**. Plaintiff's original Motion to Remand (Dkt. 8) is **DENIED-AS-MOOT**.

Accordingly, as the case no longer remains in federal court following remand, the Clerk's Office is directed to **CLOSE** this case.

**SIGNED** on December 5, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE